**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IMADEDDINE KECHOUD**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-05069-JDW** |

## <u>ORDER</u>

**AND NOW**, this 22nd day of July, 2026, upon review of Petitioner Imadeddine Kechoud's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

It is **FURTHER ORDERED** that, on or before July 27, 2026,[1] at 5:00 p.m., Respondents shall:

---

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

1.      Identify the statutory provision that they contend provides the basis for Mr. Kechoud's detention;

2.      If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then advise me whether they oppose Mr. Kechoud's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026); and

3.      If the statutory basis is something other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Kechoud's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.